IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GERALD THEIS, JR.,<br><br>                 Plaintiff,<br><br>vs.<br><br>AFLAC INC.,<br><br>             Defendant. | CV 20-11-BLG-SPW-TJC<br><br>**ORDER REGARDING PRELIMINARY PRETRIAL CONFERENCE** |

IT IS HEREBY ORDERED that the Preliminary Pretrial Conference scheduled for April 9, 2020 at 11:00 a.m. shall be converted to a telephonic Conference. All counsel shall use the Court's conferencing system to participate in the Conference:

1.    Dial 1-877-848-7030

2.    Enter Access Code 5492555 #

DATED this 16th day of March, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge