IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GERALD THEIS, JR.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AFLAC INC.,<br><br>　　　　　Defendant. | CV 20-11-BLG-SPW-TJC<br><br>**ORDER** |

Defendant moves for the admission of R. Steve Ensor to practice before this Court in this case with Geoffrey R. Keller to act as local counsel. (Doc. 11.) The Court acknowledges that Mr. Ensor was unable to obtain a notarized affidavit due to the current pandemic. (Doc. 11-1 at ¶ 11.) The application, however, appears to be in order under Local Rule 83.1(d)(3), which only requires an applicant's affidavit or declaration make the enumerated statements "under the penalty of perjury." L.R. 83.1(d)(3). Mr. Ensor's declaration satisfies this requirement. (Doc. 11-1 at ¶ 12.)

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit R. Steve Ensor *pro hac vice* is GRANTED on the condition that Mr. Ensor shall do his own work. This means that Mr. Ensor must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").

Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Ensor may move for the admission *pro hac vice* of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Ensor.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Ensor, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 2nd day of April, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge