IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GERALD THEIS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> AFLAC INC., <br><br> Defendant . | CV 20-11-BLG-SPW-TJC <br><br> **ORDER STAYING PROCEEDINGS** |

A preliminary pretrial conference was held in this case on April 9, 2020, during which the parties agreed to stay proceedings pending resolution of Defendant's Motion to Compel Arbitration. (Doc. 6.)

Therefore, IT IS ORDERED all proceedings in this matter are STAYED pending resolution of Defendant's motion (Doc. 6). Upon resolution, the Court will schedule a status conference to schedule further proceedings, as necessary.

DATED this 9th day of April, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge